

FILED
MAY - 7 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| MARIO ROBERTO ROJAS-SIC | ) Case No. 3:21mj 63 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 28, 2021__ in the city/county of __Chesterfield__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | On or about March 28, 2021, ROBERTO ROJAS-SIC, an alien who had been ordered deported and was removed from the United States, was found in the United States without having obtained the express consent of the Attorney General or his successor, the Secretary of Homeland Security, to re-apply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a). |

This criminal complaint is based on these facts:

See Attached Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

*Complainant's signature*

Vladimir Del Valle, Deportation Officer, ICE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ *(specify reliable electronic means)*.

Date: May 7, 2021

/s/
Elizabeth W. Hanes
*Judge's signature*
United States Magistrate Judge
*Printed name and title*

City and state: Richmond, Virginia