IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:21mj 63 |
| v. ) | |
| ) | |
| MARIO ROBERTO ROJAS-SIC, ) | |
| ) | |
| *Defendant.* ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Vladimir Del Valle, being duly sworn, state the following:

1. I am a Deportation Officer for the United States Immigration & Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and am currently assigned to the Richmond Sub-Office of the Washington Field Office. I have been employed by the agency since October 2017. My duties as a Deportation Officer involve enforcement of the Immigration and Nationality Act, particularly the location and apprehension of criminal aliens for prosecution and removal.

2. This affidavit is in support of a criminal complaint charging MARIO ROBERTO ROJAS-SIC ("ROJAS") with violating 8 U.S.C. § 1326(a), that is, the reentry into the United States by an alien after deportation or removal, without the express permission of the Attorney General or the Secretary for Homeland Security to reapply for admission into the United States.

3. The facts and information contained in this affidavit are based on my personal knowledge and observations, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause, and is not intended to include each and every fact and matter observed by me or known to the government.

4. Mario Roberto ROJAS-SIC was born March 17, 1987, in Guatemala, and at all times is a citizen of Guatemala.

5. Agents of United States Immigration & Customs Enforcement first encountered ROJAS at the Chesterfield County Jail in Chesterfield County, Virginia on August 23, 2013. ROJAS acknowledged entering the United States without admission, inspection, or parole on an unknown date at an unknown time.

6. On October 29, 2013, an immigration judge in Arlington, VA issued ROJAS a Final Order of Removal to Guatemala.

7. On November 14, 2013, ROJAS was removed to Guatemala, and served with a Form I-205, Warrant of Removal/Deportation.

8. On an unknown date and location, ROJAS again entered the United States without admission, inspection, or parole, and without the express consent of the Attorney General or his successor, the Secretary of Homeland Security, to re-apply for admission into the United States.

9. On May 20, 2014, officers of the U.S. Border Patrol arrested ROJAS in the Alta Vista Ranch in Hebbronville, TX. ROJAS was issued and served Form I-871, Reinstatement of Prior Removal Order.

10. On June 2, 2014, ROJAS was removed to Guatemala, and served with Form I-205 Warrant of Removal/Deportation.

11. Following his removal to Guatemala, ROJAS again entered the United States, on an unknown date and at an unknown location, without admission, inspection, or parole, and without the express consent of the Attorney General or his successor, the Secretary of Homeland Security, to re-apply for admission into the United States.

12. On March 28, 2021, ROJAS was arrested by officers of the Chesterfield County Police Department in Chesterfield, Virginia, for the offense of "Driving While Intoxicated, 2d Offense, with Child," in violation of Virginia Code § 18.2-266, a misdemeanor.

13. On May 4, 2021, ROJAS was convicted by the Chesterfield general District Court in Chesterfield, Virginia, for Driving While Intoxicated, 2d Offense, with Child," in violation of Virginia Code § 18.2-266, a misdemeanor. ROJAS was sentenced to 12 months.

14. Based on the facts and information set forth above, I respectfully submit that there is probable cause to believe that ROJAS illegally reentered the United States after having been deported or removed, in violation of Title 8, United States Code, Section 1326(a).

Vladimir Del Valle
Deportation Officer
United States Immigration & Customs Enforcement

Sworn to and subscribed
Before me, May 7, 2021

/s/

Elizabeth W. Hanes
United States Magistrate Judge